**Opinion issued December 14, 2017**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00765-CV

———————————

## IN RE MINH TAM "TAMMY" TRAN AND LANCE CHRISTOPHER KASSAB, Relators[*]

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relators, Minh Tam "Tammy" Tran and Lance Christopher Kassab, have

filed a petition for writ of mandamus challenging the trial court's August 10, 2017

discovery order. We deny the petition.

## PER CURIAM

Panel consists of Justices Jennings, Massengale, and Caughey.

---

[*] The underlying case is *Thim T. Nguyen, et al. v. John Cracken, et al*, Cause No. 2016-13749, in the 55th District Court of Harris County, Texas, the Honorable Jeff Shadwick, presiding.